JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-00693-MMM(DTBx) | Date | August 11, 2010 |
| Title | Miguel A. Corral vs GMAC LLC | | |

Present: The Honorable **MARGARET M. MORROW**

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** **[In Chambers] Order Dismissing Action for Failure to Appear and to Comply with this Court's Orders**

On July 26, 2010, plaintiff failed to appear for the Scheduling Conference and motion hearing. Consequently, the court issued and Order to Show Cause (OSC) why the action should not be dismissed for failure to appear and comply with this court's orders. A written response was due within ten (10) days of the date the order was issued.

To date, plaintiff has failed to respond to the court's OSC. Accordingly, the court dismisses the action with prejudice.