JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 10-00693-MMM(DTBx) | Date | January 12, 2011 |
| Title | Miguel A Corral v. GMAC LLC et al | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None appearing                None appearing

**Proceedings:**     IN CHAMBERS - ORDER DISMISSING THE CASE

    On December 9, 2010, the court issued an order vacating its August 11, 2010 order dismissing this action with prejudice. Consequently, the court reopens this action and grants the plaintiff leave to file an amended complaint in accordance with the court's July 27, 2010 order granting defendants' motion to dismiss no later than December 29, 2010.

    To date, the plaintiff has not filed an amended complaint. The court hereby dismisses this action with prejudice for failure to comply with the court's order.

    IT IS SO ORDERED.

: 0